```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/20/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

INTELLECTUAL VENTURES II LLC,      :

               Plaintiff,      :

         v.                      :      13 Civ. 03777 (AT)

JP MORGAN CHASE & CO.,             :      ECF Case
JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION, and          :
CHASE BANK USA, NATIONAL
ASSOCIATION,                       :

               Defendants.     :
- - - - - - - - - - - - - - - - - x

STIPULATION AND PROPOSED ORDER

    IT IS HEREBY STIPULATED and agreed, by and between the parties, through their undersigned counsel, that the time within which defendants may move, answer or otherwise respond to the complaint be, an hereby is, extended from June 25, 2013, to July 25, 2013.

Dated:   New York, New York
         June 18, 2013

Parties' request GRANTED *only to the extent* that defendant's time to answer the complaint is extended. However, any motion must be preceded by a pre-motion conference, pursuant to Paragraph III of the Court's Individual Practices in Civil Cases.
SO ORDERED.
Dated: June 19, 2013

_____
ANALISA TORRES
United States District Judge

DUNNEGAN & SCILEPPI LLC

By William Dunnegan
   William Dunnegan (WD9316)
   wd@dunnegan.com
   Benjamin Liebowitz (BL1723)
   bl@dunnegan.com
350 Fifth Avenue
New York, New York 10118
(212) 332-8300

       -and-

FEINBERG DAY ALBERTI & THOMPSON LLP
    Ian Feinberg (*pro hac vice*)
    ifeinberg@feinday.com
    Elizabeth Day (*pro hac vice*)
    eday@feinday.com
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
(650) 618-4360

Attorneys for Plaintiff


JP MORGAN CHASE & CO.,
JPMORGAN CHASE BANK, N.A. and
CHASE BANK USA, N.A.,

By /s/ Michael Pearce
    Michael A. Pearce (MP 3299)
michael.a.pearce@chase.com
One Chase Manhattan Plaza, 25th Floor
New York, NY 10081
(212) 552-2852

Attorney for Defendants


SO ORDERED:


_____
        U.S.D.J.