UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br>*Plaintiff*,<br>-against-<br>JPMORGAN CHASE & CO., *et al.*,<br>*Defendants.* | ECF CASE<br>13 Civ. 3777 (AKH) |

**NOTICE OF DEFENDANTS' MOTION FOR RECONSIDERATION-IN-PART**

**PLEASE TAKE NOTICE** that Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, National Association, Chase Bank USA, National Association, Chase Paymentech Solutions LLC, and Paymentech LLC (collectively, "Defendants") hereby move for reconsideration-in-part of this Court's July 8, 2014 order (the "Order") granting-in-part and denying-in-part their June 17, 2014 motion to compel.

**WHEREFORE**, and for the reasons set forth in Defendants' contemporaneously filed memorandum of law, Defendants respectfully request that the Court enter an order granting Defendants' motion and providing them the specific relief requested therein.

Date: July 22, 2014
New York, New York

Respectfully Submitted,

/s/ Tibor L. Nagy, Jr.

**DONTZIN NAGY & FLEISSIG LLP**
Tibor L. Nagy, Jr.
Stephanie M. Suarez
980 Madison Avenue
New York, New York 10075
Telephone: (212) 717-2900
Facsimile: (212) 717-8088
tibor@dnfllp.com
ssuarez@dnfllp.com

**DURIE TANGRI LLP**
Clement S. Roberts
Michael A. Feldman
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300
croberts@durietangri.com
mfeldman@durietangri.com

**KIRKLAND & ELLIS LLP**
Kenneth R. Adamo
Brent P. Ray
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4839
Facsimile: (212) 446-4900
kenneth.adamo@kirkland.com
brent.ray@kirkland.com

*Attorneys for Defendants / Counterclaim-Plaintiffs*