# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Ave.
New York, NY 10022

Kenneth R. Adamo
To Call Writer Directly:
(212) 446-4839
kradamo@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

August 18, 2014

**Via E-Filing**

Re:   *Intellectual Ventures II LLC v. JP Morgan Chase & Co.*, et al., No. 13-cv-3777

Dear Judge Hellerstein:

I represent the Defendants in the above-referenced action and write to inform Your Honor of a recent development in a related proceeding. On August 14, 2014, the Court in *Intellectual Ventures II LLC v. SunTrust Banks, Inc., et al.,* No. 1:13-cv-02454 (N.D. Ga.), held a telephone conference regarding the defendants' pending motion to stay. Ex. A (transcript of proceedings.) At the conference, the Court granted a stay pending the Court's decision on the defendants' motion to stay the case. *See Intellectual Ventures II LLC v. SunTrust Banks, Inc., et al.,* No. 1:13-cv-02454, Dkt. 167 (N.D. Ga. August 14, 2014; Ex. B.)

Respectfully submitted,

*/s/ Kenneth R. Adamo*

Kenneth R. Adamo

cc:   All counsel (via email)

Beijing   Hong Kong   Houston   London   Los Angeles   Munich   New York   Palo Alto   San Francisco   Shanghai   Washington, D.C.