**DUNNEGAN & SCILEPPI LLC**
ATTORNEYS AT LAW
350 FIFTH AVENUE
NEW YORK, NEW YORK 10118

August 28, 2014

212-332-8300
212-332-8301 TELECOPIER

By ECF

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Intellectual Ventures v. JPMorgan Chase
    13 Civ. 3777 (AKH)

Dear Judge Hellerstein:

Along with Feinberg Day, we represent plaintiff in the above action.

We are writing to inform the Court that plaintiff will not be moving to amend its infringement contentions to add the six claims for the '084 Patent. At the August 20, 2014, conference the Court had set an August 29, 2014, deadline for such a motion.

Respectfully yours,

William Dunnegan

CC: Tibor Nagy, Esq. (By e-mail)
    Clement Roberts, Esq. (By e-mail)
    Kenneth Adamo, Esq. (By e-mail)