UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF AN APPLICATION TO BRING PERSONAL ELECTRONIC DEVICE(S) OR GENERAL PURPOSE COMPUTING DEVICE(S) INTO THE COURTHOUSES OF THE SOUTHERN DISTRICT OF NEW YORK FOR USE IN A PROCEEDING OR TRIAL



The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned *Intellectual Ventures II LLC v. JP Morgan Chase & Co., JPMorgan Chase Bank, National Association, and Chase Bank USA, National Association*, No. 1:13-cv-3777. The date(s) for which such authorization is provided is (are) November 4, 2014.

|     | Attorney | Device(s) |
| --- | --- | --- |
| 1.  | Tibor L. Nagy, Jr. | Laptop, tablet, phone |
| 2.  | Clement Roberts | Laptop, phone |
| 3.  | Kenneth Adamo | Phone |
| 4.  | Brent Ray | Laptop, phone |
| 8.  | Megan New | Laptop, phone |
| 9.  | Michael Feldman | Laptop, tablet, phone |
| 10. | Gregory Lantier | Phone |
| 11. | Tulloss Delk | Phone |
| 12. | Benjamin Lasky | Phone, Blackberry |

| 13. | Kathlyn Card-Beckles | Laptop, tablet, phone |
| --- | --- | --- |
| 14. | Michael Pearce | Laptop, tablet, phone |
| 15. | Richard Weiss | Laptop, phone |
| 16. | Elizabeth Day | Laptop, phone |
| 17. | David Alberti | Laptop, phone |
| 18. | Clayton Thompson | Laptop, phone |
| 19. | Sal Lim | Laptop, phone |
| 20. | Cris Leffler | Laptop, phone |
| 21. | Ted Webber | Laptop, phone, hard drive |

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: 10/31/14

United States Judge

Revised: February 26, 2014