UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



INTELLECTUAL VENTURES II LLC,

          *Plaintiff*

v.

JP MORGAN CHASE & CO., *et al.*

          *Defendants*

13 Civ. 3777 (AKH)

ECF Case

### STIPULATED DISMISSAL WITH PREJUDICE OF COUNT I OF AMENDED COMPLAINT – INFRINGEMENT OF U.S. PATENT NO. 5,745,574

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Intellectual Ventures II LLC ("IV") and Defendants JP Morgan Chase & Co.; JPMorgan Chase Bank, National Association; Chase Bank USA, National Association; Chase Paymentech Solutions LLC; and Paymentech LLC (collectively, "Defendants") hereby stipulate and agree to dismiss WITH PREJUDICE Count I of Plaintiff's Amended Complaint (Dkt. No. 84), Infringement of U.S. Patent No. 5,745,574 ("the '574 patent"). Plaintiff and Defendants further hereby stipulate and agree to the dismissal of all counterclaims concerning the '574 patent WITHOUT PREJUDICE. Each party will bear its own costs and attorneys' fees concerning Count I and related counterclaims and shall not use the assertion or defense of the '574 patent claim as a basis for any future motion in this case.

Dated: September 17, 2015

FEINBERG DAY ALBERTI & THOMPSON LLP    DONTZIN NAGY & FLEISSIG LLP

_____
Ian Feinberg (*pro hac vice*)
ifeinberg@feinday.com
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
(650) 618-4360

*Counsel for Plaintiff*

_____
Tibor L. Nagy, Jr.
tibor@dnfllp.com
980 Madison Avenue
New York, NY 10075
(212) 717-2900

*Counsel for Defendants*

SO ORDERED:  Sep 17, 2015

_____
Alvin K. Hellerstein, U.S.D.J.